(SPACE BELOW FOR FILING STAMP ONLY)

**MARK W. COLEMAN #117306**
**NUTTALL & COLEMAN**
2445 CAPITOL STREET, SUITE 150
FRESNO, CALIFORNIA 93721
PHONE (559) 233-2900
FAX (559) 485-3852

ATTORNEYS FOR Defendant,
HERNAN CORTEZ VILLASENOR

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

\* \* \* \* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.:   1:12-CR-000184-AWI-BAM |
| Plaintiff, | |
| v. | **STIPULATION TO CONTINUE SENTENCING** |
| HERNAN CORTEZ VILLASENOR, | **AND** |
| Defendant. | **O R D E R** |

TO:   THE UNITED STATES DISTRICT COURT; UNITED STATES ATTORNEY'S OFFICE and/or ITS REPRESENTATIVES:

IT IS HEREBY STIPULATED and agreed by and between attorneys for the respective clients that the Sentencing hearing currently on calendar for September 22, 2014, at 10:00 a.m., be continued to November 3, 2014, at 10:00 a.m., or as soon thereafter as is convenient to the court's calendar.

IT IS FURTHER STIPULATED that the deadlines for the Presentence schedule, including the filing informal and formal objections to the Pre-Sentence Investigation Report, be scheduled as follows:

Informal Objections to be served on or before October 13, 2014.

Formal Objections to be filed on or before October 27, 2014.

This continuance is requested by counsel for Defendant, HERNAN VILLASENOR, due to the fact that counsel and his client need additional time to meet and review the Probation Report.

Counsel for Defendant has contacted Assistant U.S. Attorney, KAREN ESCOBAR, who has no objection to this continuance.

Dated: September 4, 2014.   Respectfully Submitted,

NUTTALL & COLEMAN

/s/ Mark W. Coleman

MARK W. COLEMAN
Attorney for Defendant,
HERNAN CORTEZ VILLASENOR

Dated: September 4, 2014.   UNITED STATES ATTORNEY'S OFFICE

/s/ Karen Escobar

KAREN ESCOBAR
Assistant U.S. Attorney

* * * * * * *

O R D E R

IT IS SO ORDERED.

Dated:   September 4, 2014   _____
                              SENIOR DISTRICT JUDGE

---

2
STIPULATION TO CONTINUE SENTENCING